UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LESLEY SAVAGE, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., CAROL B. TOME, BRIAN O. NEWMAN, and NANDO CESARONE,<br><br>   Defendants. | Case No.: 1:24-cv-04591-SDG |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Lesley Savage, and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under F.R.C.P. 41(a)(1)(A)(i) is therefore appropriate.

*[Signatures on following page]*

Dated: November 14, 2024								Respectfully Submitted,

											**HOLZER & HOLZER, LLC**

											<u>s/ *Marshall P. Dees*</u>
											Corey D. Holzer
											Georgia Bar No. 364698
											Marshall P. Dees
											Georgia Bar No. 105776
											211 Perimeter Center Parkway,
											Suite 1010
											Atlanta, Georgia 30346
											Telephone: (770) 392-0090
											Facsimile: (770) 392-0029
											cholzer@holzerlaw.com
											mdees@holzerlaw.com

											*Liaison Counsel for Plaintiff*

												-and-

											**LEVI & KORSINSKY, LLP**
											Adam M. Apton
											33 Whitehall Street, 17th Floor
											New York, NY 10004
											Tel: (212) 363-7500
											Fax: (212) 363-7171
											Email: aapton@zlk.com

											*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Marshall P, Dees, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 14th day of November, 2024.

/s/ *Marshall P. Dees*
Marshall P. Dees