**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LESLEY SAVAGE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC., CAROL B. TOME, BRIAN O. NEWMAN, AND NANDO CESARONE, <br><br> Defendants. | Civil Action No. 1:24-cv-04591-SDG <br><br> <u>CLASS ACTION</u> |

**DEFENDANTS' NOTICE OF CONSENT TO**
**<u>PLAINTIFF'S VOLUNTARY DISMISSAL</u>**

Although no response is required to Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (Dkt. 19) ("Plaintiff's Notice of Voluntary Dismissal"), for the sake of clarity, Defendants respectfully submit this Notice of Consent to Plaintiff's Voluntary Dismissal to confirm that Defendants consent to such voluntary dismissal.

Accordingly, pursuant to Plaintiff's Notice of Voluntary Dismissal, Defendants agree with Plaintiff that the above-captioned action should be dismissed and this civil action terminated and closed.

Respectfully submitted, this 20th day of November, 2024.

/s/ B. Warren Pope
B. Warren Pope
Georgia Bar No. 583723
Bethany M. Rezek
Georgia Bar No. 553771
Matthew B. Rosenthal
Georgia Bar No. 871852
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com
brezek@kslaw.com
mrosenthal@kslaw.com

*Counsel for Defendants United Parcel Service, Inc. Carol B. Tomé, Brian O. Newman, and Nando Cesarone*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2024, I electronically filed the above and foregoing with the Clerk using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ B. Warren Pope*
B. Warren Pope

*Counsel For Defendants United Parcel Service, Inc. Carol B. Tomé, Brian O. Newman, and Nando Cesarone*